**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ALMA GLORIA RUMUALDO-
GARCIA,

          Petitioner,

  v.

ERIC H. HOLDER, Jr., Attorney General,

          Respondent.

No. 08-74669

Agency No. A095-568-651

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 17, 2012[**]

Before:    SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

    Alma Gloria Rumualdo-Garcia, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying her motion to

reopen.  We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

The BIA did not abuse its discretion in denying as untimely Rumualdo-Garcia's motion to reopen because the motion was filed more than a year after the BIA's June 26, 2007, order, and Rumualdo-Garcia failed to meet the requirements for the exception based on changed country conditions or demonstrate the due diligence necessary for equitable tolling. S*ee* 8 C.F.R. § 1003.2(c)(2), (3)(ii); *Iturribarria*, 321 F.3d at 897 (the deadline for filing a motion to reopen can be equitably tolled "when a petitioner is prevented from filing because of deception, fraud, or error").

In light of our disposition, we need not reach Rumualdo-Garcia's remaining contentions.

**PETITION FOR REVIEW DENIED.**